# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HON LAU, | ) | NO. CV 10-9481 JSL (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| K. HARRINGTON, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: Jan 25, 2011.

*Spencer Letts*

J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE